# In the United States District Court
# For the Southern District of Georgia
# Savannah Division

| | | |
|---|---|---|
| EVEROL PALMER, | * | |
| Movant, | * | CR 417-066 |
| v. | * | |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's February 15, 2018 Report and Recommendation, dkt. no. 49, to which neither party filed Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DENIES** Defendant's Motion for Reconsideration, dkt. no. 48.

**SO ORDERED**, this 27 day of April, 2018.

---
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)